

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00321-CV

| | | |
|---|---|---|
| HA N. TRAN, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-308560-19) |
| V. | § | May 16, 2024 |
| BRAN-DAN PARTNERSHIP, LLC, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Ha N. Tran shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Dabney Bassel_____
    Justice Dabney Bassel